| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

DREXEL STEWART, Individually, §
and as Next Friend of MARKELL §
STEWART, a minor, §
§   MAR 2 2 1996
     Plaintiff, §
§   Michael N. Milby, Clerk
vs. §   CIVIL ACTION H-95-5346
§
COASTAL TRANSPORT, INC., §
§
     Defendant. §

## ORDER OF REMAND

1.  The court adopts the memorandum and recommendation of the United States Magistrate Judge signed February 20, 1996.

2.  Stewart's and the Stones's motions to remand are granted.

3.  This case is remanded to the 215th Judicial District Court of Harris County, Texas.

Signed on ___March 20___, 1996, at Houston, Texas.

                                   Lynn N. Hughes
                                   United States District Judge